1   Ja Vonne M. Phillips, Esq. SBN 187474

2   Joseph Chun, Esq. SBN 240208
    **McCarthy & Holthus, LLP**

**The following constitutes
the order of the court. Signed September 27, 2010**

3   1770 Fourth Avenue
    San Diego, CA 92101

4   Phone (619) 685-4800

5   Fax (619) 685-4810

                       **Roger L. Efremsky**
                       **U.S. Bankruptcy Judge**

6   Attorney for: Secured Creditor,

7   OneWest Bank, FSB, it assignees and/or successors

8

9

10

11              UNITED STATES BANKRUPTCY COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14   In re:                          ) Case No. 10-54301 E

15   Jasmine Villamaria Huse,        ) Chapter   7

16           Debtor.              ) RS No.     DVD-5498

17                            **) ORDER ON MOTION FOR RELIEF**

18                            **) FROM AUTOMATIC STAY**

19                            ) Date:   9/15/2010

20                            ) Time:  10:30 AM
                           ) Ctrm:   3035

21                            ) Place:  280 S. First Street

22                            )       San Jose, CA

23

24                            ) Judge:   Roger L. Efremsky

25        The motion of Secured Creditor, OneWest Bank, FSB, it assignees and/or successors, for

26   relief from the automatic stay came on regularly for hearing by the Court on the date, time and

27   place set forth above, before the Honorable Roger L. Efremsky. All appearances are as noted in

28   the court record.

29

                                 1

1   Upon reading the papers and pleadings on file herein, and upon hearing oral argument

2   and based on the evidence presented, the Court rules as follows:

3       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

4   provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of

5   Movant, OneWest Bank, FSB, it assignees and/or successors, in the real property commonly

6   known as 3334 Methilhaven Lane, San Jose, CA 95121.

7       IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real

8   property and proceed with post-foreclosure remedies, including any unlawful detainer action, in

9   accordance with applicable law.

10      IT IS FURTHER ORDERED Movant, at its option, may offer, provide and enter into any

11  potential forbearance agreement, loan modification, refinance agreement or other loan

12  workout/loss mitigation agreement as allowed by state law.  The Movant may contact the Debtor

13  via telephone or written correspondence to offer such an agreement.  Any such agreement shall

14  be non-recourse unless included in a reaffirmation agreement.

15      IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule

16  4001(a)(3) is waived upon relief.

17      IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with

18  California Civil Code Section 2923.5.

19

20                          ** END OF ORDER **

21

22

23

24

25

26

27

28

29
                                                    File No. CA-10-31114
                            2               Order on Motion for Relief From Stay
                                                    Case No. 10-54301 E

**COURT SERVICE LIST**

County of Santa Clara Tax Collector
70 W. Hedding St., East Wing

San Jose, CA 95110

GE Money Bank
c/o Recovery Management Systems Corporation

Attn: Ramesh Singh

25 SE 2nd Ave., Suite 1120

Miami, FL 33131-1605

DEBTOR

Jasmine Villamaria Huse
3334 Methilhaven Lane

San Jose, CA 95121

File No. CA-10-31114
Court Service List
Case No. 10-54301 E

Case: 10-54301    Doc# 33    Filed: 09/27/10    Entered: 09/27/10 13:19:09    Page 3 of 3