# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Jasmine Villamaria Huse | Case No.: 10–54301 SLJ 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## REASSIGNMENT OF CASE

NOTICE TO ATTORNEYS, TRUSTEES and PARTIES to the case:

A reassignment of the above case has been made from Roger L. Efremsky to Stephen L. Johnson and the case number designation has been changed from RLE to SLJ to reflect the assignment of the new judge effective October 13, 2010.

NEW CASE NO. DESIGNATION: SLJ          NEW JUDGE ASSIGNMENT: Stephen L. Johnson

All interested parties are directed to use the new case number designation of SLJ in all future contacts with the court and on all documents filed hereafter with the court.

Notice is further given that effective October 13, 2010 all hearings scheduled for cases reassigned to the Honorable Stephen L. Johnson will be heard in Courtroom 3099. Please refer to court's website for more information regarding Judge Johnson's calendar coverage in October and November 2010.

Dated: 10/13/10          For the Court:

          Gloria L. Franklin
          Clerk of Court
          United States Bankruptcy Court